# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| IN RE<br>RODERICK, Leslie<br>Debtor(s) | Chapter 13<br>Case No. 18-10681-FJB |
|---|---|

**TRUSTEE'S OBJECTION TO CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN**

Now comes Carolyn Bankowski, Standing Chapter 13 Trustee, and respectfully objects to the confirmation of the Debtor's Chapter 13 Plan (the "Plan"), and for reasons therefore says as follows:

1. The Debtor commenced this case by filing a petition on February 28, 2018.
2. On May 30, 2018, the Trustee presided over a 341 meeting of creditors and examined the Debtor.
3. On February 28, 2018, the Debtor filed the Plan. The Trustee cannot recommend the Plan for confirmation at this time.
4. The Plan fails to provide for MDOR's priority in the sum of $400.00. The Plan is not feasible.
5. The Plan provides for no unsecured claims in Part 5 but Exhibit 1 Line e) calculates $2.00 for separately classified unsecured claims.

**WHEREFORE** the Chapter 13 Trustee respectfully requests that the Court sustain her objection to confirmation, and for such other relief as is appropriate.

Dated: 6/6/18

Respectfully submitted,

By: /s/ Carolyn Bankowski
Carolyn Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
Standing Chapter 13 Trustee
PO Box 8250
Boston, MA  02114
(617) 723-1313
13trustee@ch13boston.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE<br>RODERICK, Leslie<br>    Debtor(s) | Chapter 13<br>Case No. 18-10681-FJB |

**Certificate of Service**

    The undersigned hereby certifies that on 6/6/18, a copy of the Trustee's Objection to Debtor's Chapter 13 Plan was served via first class mail, postage prepaid or by electronic notice on the debtor and debtor's counsel at the addresses set forth below.

Leslie Roderick
47 Grant Avenue
Brockton, MA  02301

Richard Smeloff, Esquire
500 Granite Ave., Ste. 7&8
Milton, MA  02186

                                        /s/ Carolyn Bankowski