# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | ) | Case No. 18-10681 – FJB |
| | ) | |
| Leslie Roderick | ) | Chapter 13 |
| | ) | |
| Debtor, | ) | |
| _____ | ) | |

## MOTION FOR EXTENSION OF TIME
## TO FILE AMENDED CHAPTER 13 PLAN

1. On August 6, 2018 the Court ordered an Amended Plan to be filed on or before August 20, 2018 based on the Chapter 13 Trustee's Objection to Plan.

2. The Debtor requests an additional fourteen (14) days to review the amended plan with Counsel.

3. No prejudice to any party in interest will be caused by the granting of this motion.

Wherefore, the Debtor respectfully requests an additional fourteen (14) days and for other further relief as is just.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted
　　　　　　　　　　　　　　　　　　　　Leslie Roderick

　　　　　　　　　　　　　　　　　　　　By his attorney,

Dated: August 20, 2018　　　　　　　　　　　　  */s/ Richard D. Smeloff*
　　　　　　　　　　　　　　　　　　　　Richard D. Smeloff
　　　　　　　　　　　　　　　　　　　　Smeloff & Associates
　　　　　　　　　　　　　　　　　　　　500 Granite Ave
　　　　　　　　　　　　　　　　　　　　3rd Floor
　　　　　　　　　　　　　　　　　　　　Milton MA 02186
　　　　　　　　　　　　　　　　　　　　(617) 690-2124
　　　　　　　　　　　　　　　　　　　　BBO# 567869

## CERTIFICATE OF SERVICE

I, Richard D. Smeloff, Esq., hereby certify that I have served a copy of the within Motion to the distribution service listed below

Date: August 20, 2018

***/s/ Richard D. Smeloff, Esq.***

Carolyn Bankowski
Chapter 13 Trustee
PO Box 8250
Boston, MA 02114