# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | ) | Case No. 18-10681 – FJB |
| | ) | |
| Leslie Roderick | ) | Chapter 13 |
| | ) | |
| Debtor, | ) | |
| _____ | ) | |

## MOTION FOR EXTENSION OF TIME
## TO FILE AMENDED CHAPTER 13 PLAN

1. On August 6, 2018 the Court ordered an Amended Plan to be filed on or before August 20, 2018 based on the Chapter 13 Trustee's Objection to Plan.

2. The Debtor requests an additional fourteen (14) days to review the amended plan with Counsel.

3. No prejudice to any party in interest will be caused by the granting of this motion.

Wherefore, the Debtor respectfully requests an additional fourteen (14) days and for other further relief as is just.

Respectfully submitted
Leslie Roderick

By his attorney,

Dated: August 20, 2018

 */s/ Richard D. Smeloff*
Richard D. Smeloff
Smeloff & Associates
500 Granite Ave
3rd Floor
Milton MA 02186
(617) 690-2124
BBO# 567869

08/22/2018. Granted.